UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMANDA WYATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case number 4:07cv2064 TCM |
| | ) |
| CONAGRA FOODS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Finding that a potential conflict of interest exists in this case, comes now the Court and, on its own motion, recuses itself in the above matter. See 28 U.S.C. § 455(a).

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of December, 2007.